IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID WYNNE § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 4:14-cv-3147 |
| vs. § | |
| § | |
| ALLY FINANCIAL, INC. § | |
| § | |
| Defendant § | |

### AGREED STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND

1. Plaintiff David Wynne ("Plaintiff") filed his Original Complaint on November 4, 2014.

2. Defendant Ally Financial, Inc.'s ("Defendant") current deadline to answer or otherwise respond to Plaintiff's Complaint is December 8, 2014.

3. Plaintiff and Defendant have not previously stipulated to an extension of Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint.

4. Therefore, it is hereby stipulated and agreed by and between Plaintiff and Defendant, through their undersigned counsel, that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended until **December 24, 2014**.

Respectfully submitted,

**BAKER DONELSON
BEARMAN, CALDWELL & BERKOWITZ, PC**

By: _____
Beatriz Q. Richmond
Fed. No. 1760374
Texas Bar No. 24083734
brichmond@bakerdonelson.com
1301 McKinney St., Ste. 3700
Houston, Texas 77010
Telephone: 713-650-9700
Facsimile: 713-650-9701

**ATTORNEY FOR
DEFENDANT ALLY FINANCIAL, INC.**

WYNNE & WYNNE, LLP

By: _____DWynne by permission_____
David E. Wynne
Fed. No. 566468
Texas Bar No. 24047150
dwynne@wynne-law.com
Wynne & Wynne LLP
1021 Main Street, Suite 1275
Houston, TX 77002
Telephone: 713.227.8835
Facsimile: 713.227.6205

**ATTORNEY FOR
PLAINTIFF DAVID WYNNE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon the following counsel of record via the Court's ECF Notification System, pursuant to the Federal Rules of Civil Procedure on December 4th, 2014:

David E. Wynne
Wynne & Wynne LLP
1021 Main Street, Suite 1275
Houston, TX 77002

/s/ _____
Beatriz Q. Richmond