IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID WYNNE | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03147 |
| | § | |
| ALLY FINANCIAL, INC. | § | |
| | § | |
| *Defendant* | § | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses with prejudice all claims in this action. The Defendant has not served an answer or motion for summary judgment as of the filing of this Notice of Dismissal. The Plaintiff has not previously dismissed any Federal- or state-court action based on or including the same claim.

Respectfully submitted,

WYNNE & WYNNE LLP

 */s/ David E. Wynne*
David E. Wynne
Fed. No. 566468
State Bar No. 24047150
1021 Main Street, Suite 1275
One City Centre
Houston, TX  77002
(713) 227-8835 (Telephone)
(713) 227-6205 (Facsimile)
dwynne@wynne-law.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

OF COUNSEL:

Kenneth R. Wynne
Texas Bar No. 22110000
Fed. No. 837
WYNNE & WYNNE LLP
1021 Main Street, Suite 1275
One City Centre
Houston, TX  77002
(713) 227-8835 (Telephone)
(713) 227-6205 (Facsimile)
kwynne@wynne-law.com