IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID WYNNE | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03147 |
| | § | |
| ALLY FINANCIAL, INC. | § | |
| | § | |
| *Defendant* | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

On this day came on to be heard the Plaintiff's Notice of Dismissal with Prejudice, and the Court is of the opinion that said relief should be GRANTED.

It is further ORDERED that all claims and causes of action asserted herein by Plaintiff David Wynne are dismissed with prejudice.

It is further ORDERED that each party shall bear their respective costs of court.

SIGNED this 5th day of January, 2015.

_____
JUDGE PRESIDING